■ In the Matter of WILLIAM A. ARGENTIERI, a Disbarred Attorney, Petitioner. GRIEVANCE COMMITTEE OF THE SEVENTH JUDICIAL DISTRICT, Respondent. [737 NYS2d 911] —Motion for reargument or, in the alternative, leave to appeal to the Court of Appeals denied. Present—Green, J.P., Pine, Hayes, Hurlbutt and Burns, JJ.

■ In the Matter of WILLIE R. FELTON, a Disbarred Attorney, Petitioner. GRIEVANCE COMMITTEE OF THE SEVENTH JUDICIAL DISTRICT, Respondent. [737 NYS2d 912] —Motion for reconsideration denied. Present—Pigott, Jr., P.J., Wisner, Hurlbutt, Kehoe and Lawton, JJ.

■ In the Matter of ROBERT W. HYSERT, a Suspended Attorney, Respondent. GRIEVANCE COMMITTEE OF THE EIGHTH JUDICIAL DISTRICT, Petitioner. [738 NYS2d 906] —Order of disbarment entered. Memorandum: Respondent's unexcused failure to appear or answer the supplemental petition constitutes a default (see, Matter of Whitbread, 284 AD2d 1019). Present—Pigott, Jr., P.J., Wisner, Hurlbutt, Kehoe and Lawton, JJ.

■ In the Matter of CYNTHIA M. KELLNER, an Attorney, Resignor. [738 NYS2d 264] —Resignation accepted and name stricken from roll of attorneys. Present—Pigott, Jr., P.J., Wisner, Hurlbutt, Kehoe and Lawton, JJ. (Filed Jan. 25, 2002.)

■ In the Matter of CHARLES R. TESTA, an Attorney, Resignor. [738 NYS2d 906] —Resignation accepted, name stricken from roll of attorneys and order of restitution entered. Present—Pigott, Jr., P.J., Hurlbutt, Kehoe and Lawton, JJ. (Filed Jan. 25, 2002.)